IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22cv21473

PET PARADE, INC.,
on behalf of itself and all others similarly
situated

        Plaintiff,

  v.

MODERN VETERINARY THERAPEUTICS, LLC,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, through counsel, hereby files this Notice of Settlement, advising the Court that the parties to this case have reached an agreement in principle to fully resolve this matter. Pursuant to Federal Rule of Civil Procedure 41(a), the parties will file an appropriate notice of dismissal once the settlement is finalized, and therefore respectfully asks the Court to stay this matter for forty-five (45) days to allow sufficient time to carry out the settlement. The parties are in agreement with the filing of this Notice and the relief sought herein.

June 16, 2022                                             Respectfully,

                                                              /s/ *Joshua H. Eggnatz, Esq.*
                                                              Joshua H. Eggnatz, Esq.
                                                              Fla. Bar No.: 0067926
                                                              E-mail: JEggnatz@JusticeEarned.com
                                                              Michael J. Pascucci, Esq.
                                                              Fla. Bar No.: 0083397
                                                              E-mail: Mpascucci@JusticeEarned.com
                                                             EGGNATZ PASCUCCI, P.A.

5564007.1

        7450 Griffin Road, Suite 230
        Davie, FL 33314
        Telephone: 954-889-3359
        Facsimile: 954-889-5913

        Seth M. Lehrman, Esq.
        Florida. Bar No. 132896
        E-mail: seth@epllc.com
        EDWARDS POTTINGER LLC
        425 North Andrews Avenue, Suite 2
        Fort Lauderdale, FL 33301
        Telephone: 954-524-2820
        Facsimile: 954-524-2822

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

        */s/ Joshua H. Eggnatz*
        Joshua H. Eggnatz, Esq.