IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22cv21473

PET PARADE, INC.,
on behalf of itself and all others similarly
situated

    Plaintiff,

 v.

MODERN VETERINARY THERAPEUTICS,
LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, the Plaintiff, by and through undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and hereby file this Notice of Voluntary Dismissal with Prejudice of Plaintiff's individual clasims against Defendant, Modern Veterinary Therapeutics, LLC and without prejudice of the putative class claims.

July 6, 2022          Respectfully,

               /s/ *Joshua H. Eggnatz, Esq.*
               Joshua H. Eggnatz, Esq.
               Fla. Bar No.: 0067926
               E-mail: JEggnatz@JusticeEarned.com
               Michael J. Pascucci, Esq.
               Fla. Bar No.: 0083397
               E-mail: Mpascucci@JusticeEarned.com
               EGGNATZ PASCUCCI, P.A.
               7450 Griffin Road, Suite 230
               Davie, FL 33314
               Telephone: 954-889-3359

5564007.1

        Facsimile: 954-889-5913

        Seth M. Lehrman, Esq.
Florida. Bar No. 132896
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.